■ In the Matter of Donald Rosenkrantz, a Suspended Attorney. [777 NYS2d 905]—Petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Andrias, Saxe, Ellerin, Lerner, JJ.